**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Debtor: **Bryan C. Battenfield**      SSN: XXX-XX-**7582**      CASE NO. **15-01184-ee**
Joint Debtor: **Deborah A. Battenfield**   SSN: XXX-XX-**6859**   Median Income: __X__ Above  ____ Below
Address: **5118 Hwy 80 East, Lot 68**
             **Pearl, MS   39208**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed.  The treatment of ALL secured and priority debts must be profided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below-median income debtor(s), or less than 60 months for above-median income debtors(s).

Debtor shall pay $ **519.00** semi-monthly ($1,038.00 per month) to the Chapter 13 Trustee.   Unless otherwise ordered by the Court, an order directing payment shall be issued to Debtor's employer at the following address:

   **Benchmark Engineering & Surveying**
   **101 Highpointe Ct., Ste. B**
   **Brandon, MS   39042**

Joint Debtor shall pay **$**____ per month to the Chapter 13 Trustee.   Unless otherwise ordered by the Court, an order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:         $**2,932.09**       at $  **48.87**  /month
Mississippi Dept. of Revenue:    $ **1,500.00**      at $  **25.00**  /month
Other/  **Rankin County Tax Coll.** $ **2,230.99**    at $  **37.18**  /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: **n/a**

POST-PETITION OBLIGATION:   In the amount of $_____ per month beginning_____, To be paid _____direct, _____through payroll deduction, or_____through the plan.

PRE-PETITION ARREARAGE:   In the total amount of $_____through_____which shall be paid in the amount of $_____per month beginning_____.
To be paid_____direct, _____through payroll deduction, or _____through the plan.

**HOME MORTGAGES.**     All claims secured by real property which are to be paid through the plan shall be scheduled below.  Absent an objection by a party-in-interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to  **n/a**_____      Beginning _____ @ $_____   ___Plan ___Direct

Mtg arrears to _____      Through _____$ _____ @$ _____/mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: **n/a**_____      Approx. amt. due: _____      Int. Rate_____
Property Address:_____Are related taxes and/or insurance escrowed ____Yes ____No

Debtor's Initials  **/S/ BCB**       Joint Debtor's Initials   **/S/ DAB**         Chapter 13 Plan, Page 1 of 2

**NON-MORTGAGE SECURED CLAIMS.**     Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge.  Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court.  The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Ally** | **2012 Chevrolet Impala** | **no** | **$23,135.00** | **$ 11,880.00** | **5%** | **Value** |
| **Regions** | **2012 Ford F-150** | **no** | **$ 27,500.00** | **$ 23,805.00** | **5%** | **Value** |

\* The column for 910 CLM applies to both motor vehicles and any other thing of value as used in the hanging paragraph of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS**  including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc.   For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt.  Where the proposal is for payment, creditor mus file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **B&H Properties** | **none** | **$15,874.00** | **Pay restitution direct @ $100/mo. w/bal. rem.** |
| **Comcast Cable** | **none** | **$ 36.32** | **Disputed/pay 0** |
| **Paragon Revenue** | **none** | **$ 134.20** | **Disputed/pay 0-duplicate of NCO** |
| **United Consumer%Bass** | **vacuum cleaner** | **$ 754.00** | **Abandon/pay 0** |
| **Franklin Collection** | **none (3 accts)** | **$ 658.00** | **Disputed/pay 0** |
| **Healthcare Financial** | **none (several accts)** | **$1,135.00** | **Disputed/pay 0** |
| **Payliance** | **none** | **$ 40.00** | **Disputed/pay 0** |
| **SB&A/Benji Shelton** | **none** | **$3,281.00** | **Disputed/pay 0** |
| **Smith Rouchon** | **none(several accts)** | **$2,177.00** | **Disputed/pay 0** |
| **Wakefield & Assoc.** | **none** | **$ 857.00** | **Disputed/pay 0** |

**STUDENT LOANS**    which are not subject to discharge pursuant to 11  U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| **n/a** | **$** | **$** | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**GENERAL UNSECURED CLAIMS** total approximately $  **44,707.05** .   Such claims must be *timely filed* and not disallowed to receive payment as follows:    IN FULL (100%),  **13**    %(percent) MINIMUM, or a total distribution of $ , with the Trustee to determine the percentage distribution.  *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:          $  **3,200.00**
Attorney fee previously paid:       $      **90.00**
Attorney fee to be paid in plan:    $  **3,110.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co./Agent                         Attorney for Debtor (Name/Address/Phone/Email)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Johnson Spell, MSB # 102317**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert E. Moorehead, Attorneys at Law, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**220 West Jackson Street**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ridgeland, MS 39157**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Tel. 601-956-4557/Fax. 601-956-4478**
　　　　　　　　　　　　　　　　　　　　　　　　　Email. **l.elizabeth.johnson@gmail.com**

DATED:    4/23/2015

　　　　　　　　　　　　　　　　　　　　　　　DEBTOR'S SIGNATURE    **/S/ Bryan C. Battenfield**
　　　　　　　　　　　　　　　　　　　　　　　JOINT DEBTOR'S SIGNATURE    **/S/ Deborah A. Battenfield**
　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE **/S/ Elizabeth Johnson Spell**

Effective:         October 1, 2011                                                                   Chapter 13 Plan, Page 2 of 2